Time of incident: 6:30pm
Date of incident: 9/1/18

Inmate: Quinton Morton

FILED  9/2/18

SEP - 5 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

To Whom it concerns:

I am an inmate in vermillion county public safety building im filing a lawsuit on the fear of my safety and medical procedures they lacked in. I was assaulted by a another inmate but before that even happen three of us meaning inmates was warning the c/o's and also the Srg. first C/o was officer Mayberry I asked him can I get removed off the block cause I'm feared for my safety, he said he will be back but never came right back, then C/o Jasmine came on the block and said that Srg. KK said we are not going anywere and told us to put our stuff back in the cell. But I still refused cause I was feared for my life. Then the guy hit me and started punching me in my face and head cause I was still on the block and rammed my head into the wall, the other inmates broke it up & then C/o Jasmine came in around pill call at 7:00 and saw my face finally then called for a Srg to come come remove me from the deck it took over 2 1/2 hours for them come and retire whats wrong with me but it was to late. My face was fractured, nose have to have treatment. I asked C/o Mayberry before I get treated can I see a doctor or can you call an ambulance he said no on the ambulance and told me that the nurse comes back on tuesday. The Srg. KK came back after 1 1/2 to check on me after they removed the person who assaulted me and I guess they saw my

grivence so they came and took me to the hostpital. I want to sew them for lack of my saftey and well being for being assulted and also lack of the duty of there job and also lack of medical attention when I requested for also my doctor at the hostpital told them I need to be release do to my medical condition but nothing happen. So can you please help me and lead me in the write direction.

FILED
SEP -6 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS